**FILED**
February 6, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>            Plaintiff,                           )<br>v.                                                         )<br>                                                             )<br>CHRISTOPHER NAVARRO,              )<br>                                                             )<br>            Defendant.                        ) | Case No. 2:13-mj-00035-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CHRISTOPHER NAVARRO, Case No. 2:13-mj-00035-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $50,000.00

   __X__   Co-Signed Unsecured Appearance Bond

   ____   Secured Appearance Bond

   __X__   (Other) Conditions as stated on the record.

   ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  2/6/2013  at  2:50 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge