Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorneys for Defendant,
Christopher Navarro

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>            Plaintiff,                              )<br>                                                            )<br>      vs.                                                )<br>                                                            )<br> CHRISTOPHER NAVARRO,              )<br>                                                            )<br>           Defendant                            )<br>_____) | Case No. 13-cr-00054 KJM<br><br>STIPULATION AND PROPOSED ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

Jason Hitt, Assistant U.S. Attorney, for the government, and Timothy E. Warriner, for the defendant, hereby stipulate that the following conditions of Christopher Navarro's pretrial supervision should be removed:

Condition 13: "You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring or other location verification system: CURFEW: You are restricted to your residence every day as directed by the pretrial services officer."

Condition 14: "You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of

the costs of the program based upon your ability to pay, as determined by the pretrial services officer."

It is further stipulated that the following condition of pretrial supervision be added:

"You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

The foregoing modifications to Mr. Navarro's pretrial release conditions have been approved by the U.S. Pretrial Services Officer.

DATED: March 25, 2014              /s/ Timothy E. Warriner, Attorney for Defendant, Christopher Navarro

DATED: March 25, 2014              /s/ Jason Hitt, Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING and based upon the stipulation of the parties, the court adopts and orders the foregoing modifications to the conditions of Christopher Navarro's pretrial release.

Dated:  March 25, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE